FILED
KC DEC 20 2007
DEC 2 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07CR 0861**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Violation: Title 8, United States Code, Sections 1326(a) and (b)(1); and Title 6, United States Code, Section 202(4) |
| ROGELIO RAMIREZ ZAMORA, also known as "Rogelio Luna Perez" | |

**JUDGE COAR**

**MAGISTRATE JUDGE BROWN**

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about August 14, 2007, at Joliet, in the Northern District of Illinois, Eastern Division,

ROGELIO RAMIREZ ZAMORA,
also known as Rogelio Luna Perez,

defendant herein, an alien who previously had been deported and removed from the United States on or about January 2, 2004, November 8, 2002, November 21, 2001, June 18, 2001 and April 28, 2001, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY