FELONY KC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO X  YES __  If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?  NO X  YES __  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information?  NO X  YES __  If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?  NO X  YES __  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO X  YES __

6) What level of offense is this indictment or information? FELONY X  MISDEMEANOR __

**07CR 0861**

7) Does this indictment or information involve eight or more defendants? NO X  YES __

8) Does this indictment or information include a conspiracy count? NO X  YES __

**JUDGE COAR**

**MAGISTRATE JUDGE BROWN**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

- ☐ Homicide .......... (II)
- ☐ Criminal Antitrust (II)
- ☐ Bank robbery ..... (II)
- ☐ Post Office Robbery (II)
- ☐ Other Robbery ... (II)
- ☐ Assault .............. (III)
- ☐ Burglary ............ (IV)
- ☐ Larceny and Theft (IV)
- ☐ Postal Embezzlement (IV)
- ☐ Other Embezzlement (III)
- ☐ Income Tax Fraud ........ (II)
- ☐ Postal Fraud ................. (III)
- ☐ Other Fraud ................. (III)
- ☐ Auto Theft ................... (IV)
- ☐ Transporting Forged Securities (III)
- ☐ Forgery ........................ (III)
- ☐ Counterfeiting ............. (III)
- ☐ Sex Offenses ................ (II)
- ☐ DAPCA Marijuana ....... (III)
- ☐ DAPCA Narcotics ........ (III)
- ☐ DAPCA Controlled Substances (III)
- ☐ Miscellaneous General Offenses (IV)
- ☒ Immigration Laws ......... (IV)
- ☐ Liquor, Internal Revenue Laws (IV)
- ☐ Food & Drug Laws ....... (IV)
- ☐ Motor Carrier Act ......... (IV)
- ☐ Selective Service Act ..... (IV)
- ☐ Obscene Mail ................ (III)
- ☐ Other Federal Statutes .. (III)
- ☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.

Title 8, United States Code, Sections 1326(a) and (b)(1)
Title 6, United States Code, Section 202(4)

KC **FILED**
Dec 20 2007
DEC 2 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NATHALINA A. HUDSON
Assistant United States Attorney