Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

~~MAGISTRATE JUDGE BROWN~~

| Name of Assigned Judge or Magistrate Judge | **JUDGE COAR** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 GJ 1194 | DATE | **DECEMBER 20, 2007** |
| CASE TITLE | US v. ROGELIO RAMIREZ ZAMORA | | **07CR 0861** |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant 3rd - party plaintiff, and (b) state one(l) the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL JUNE 2007** Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Sidney I. Schenkier_

Docket Entry:

THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. DEFENDANT IS IN ADMINISTRATIVE CUSTODY.

KC **F I L E D**
Dec 20 2007
DEC 2 0 2007

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE              UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| No notices required, advised in open court. | | | | |
| No notices required. | | | Date docketed | |
| Notices mailed by judge's staff. | | | Docketing | |
| Notified counsel by telephone. | | | dpty. initials | |
| Docketing to mail notices | | | Date mailed notice | |
| Mail AO 450 form. | | | Mailing | |
| Copy to judge/magistrate judge. | | | dpty. initials | |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | | | |