# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 07 CR 0861

UNITED STATES OF AMERICA
           v.
ROGELIO RAMIREZ ZAMORA,
    also known as "Rogelio Luna Perez"

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROGELIO RAMIREZ ZAMORA, also known as "Rogelio Luna Perez"

| | |
|---|---|
| **NAME** (Type or print) <br> Anthony L. Schumann | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Anthony L. Schumann | |
| **FIRM** <br> Grant Schumann, LLC | |
| **STREET ADDRESS** <br> 230 West Monroe Street, Suite 240 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6189233 | **TELEPHONE NUMBER** <br> (312) 551-0111 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ✓ | |