# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 861 - 1 | **DATE** | 12/28/2007 |
| **CASE TITLE** | United States of America vs. Rogelio Zamora | | |

**DOCKET ENTRY TEXT**

Arraignment held. The Court finds the defendant is unable to afford counsel. The Court appoints Anthony Schumann as counsel for defendant. Enter order appointing Anthony Schumann. Defendant enters plea of not guilty to all counts in the indictment to which he is named. Defendant informed of rights. Rule 16.1 (a) conference to be held by 1/7/08. Pretrial motions are to be filed by 1/21/08. Response to pretrial motions are to be filed by 2/4/08. Status hearing before Judge Coar is set for 2/11/08 at 9:45 a.m. Time is excluded from 12/28/07 to 2/11/08 pursuant to 18 U.S.C. section 3161 (h)(1)(F), (X-E).

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|