# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| | |
|---|---|
| IN UNITED STATES | [X] MAGISTRATE [ ] DISTRICT [ ] APPEALS COURT or [ ] OTHER PANEL (Specify below) |
| IN THE CASE OF | USA vs. ROGELIO RAMIREZ-ZAMORA |

**LOCATION NUMBER:**

**PERSON REPRESENTED** (Show your full name): ROGELIO RAMIREZ-ZAMORA

1. [X] Defendant – Adult
2. [ ] Defendant – Juvenile
3. [ ] Appellant
4. [ ] Probation Violator
5. [ ] Parole Violator
6. [ ] Habeas Petitioner
7. [ ] 2255 Petitioner
8. [ ] Material Witness
9. [ ] Other (Specify)

**DOCKET NUMBERS:**
- Magistrate: 07 CR 861
- District Court: 07 CR 0861
- Court of Appeals:

FILED DEC 2 8 2007
Magistrate Judge Sidney I. Schenkier

**CHARGE/OFFENSE** (describe if applicable & check box →) [X] Felony [ ] Misdemeanor
TITLE 8 USC § 1326 (a) AND (b)(1)
TITLE 6 USC § 202 (4)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? [ ] Yes [X] No [ ] Am Self Employed
- Name and address of employer: N/A
- IF YES, how much do you earn per month? $ N/A
- IF NO, give month and year of last employment: 5/07
- How much did you earn per month? $ 1200.00
- If married is your Spouse employed? [X] Yes [ ] No
- IF YES, how much does your Spouse earn per month? $ 1300.00
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes [X] No
- RECEIVED / SOURCES: ___

**CASH**
- Have you any cash on hand or money in savings or checking account [ ] Yes [X] No IF YES, state total amount: ___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes [X] No

FILED DEC 2 8 2007  12-28-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: [X] MARRIED
- Total No. of Dependents: 2

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditor | Total Debt | Monthly Payt. |
|---|---|---|---|
| HOME EQUITY | ? | $ | $ |
| UTILITIES | | $ | $ 800.00 |
| WIFE'S TRUCK SILVERADO | | $ | $ 200.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12/28/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature]