## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 861 | **DATE** | 3/13/2008 |
| **CASE TITLE** | United States of America vs. Rogelio Ramirez Zamora | | |

**DOCKET ENTRY TEXT**

Status hearing held on 3/13/2008. Status hearing continued to 3/24/2008 at 09:30 A.M.. Tentative change of plea set for 3/24/208 at 9:30 a.m. Pursuant to 18:3161(h)(8)(A)(B) time is excluded through and including 3/24/2008 (X-T).

**Docketing to mail notices.**

**00:05**

| | **Courtroom Deputy** | **PAMF** |
|---|---|---|
| | | |