Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 861-1 | **DATE** | 03/24/2008 |
| **CASE TITLE** | USA vs. ROGELIO RAMIREZ ZAMORA, aka Rogelio Luna-Perez | | |

**DOCKET ENTRY TEXT:**

Change of Plea Hearing held on 3/24/2008. Defendant appears with counsel and official interpreter. Defendant withdraws plea of not guilty and enters a plea of guilty to the Indictment. After a lengthy colloquy as to the defendant's rights to enter into the plea agreement, the Court finds that the defendant is competent to enter into the agreement. The Court accepts the plea and enters a Judgment of guilty to the Indictment. Order cause referred to the Probation Office for presentence investigation. Sentencing Hearing set for June 2, 2008 at 9:30 a.m. Defendant remanded to custody of U.S. Marshal.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|