# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                      Case No.: 1:07−cr−00861
                                                          Honorable David H. Coar

Rogelio Ramirez Zamora

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

      MINUTE entry before the Honorable David H. Coar: Pursuant to the request of the parties, the sentencing hearing scheduled for 6/2/2008 is stricken. Sentencing reset for 7/16/2008 at 09:30 AM. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.