UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 1:07-CR-861-1 |
| | ) | |
| ROGELIO RAMIREZ-ZAMORA | ) | Judge David H. Coar |
| | ) | |

## NOTICE OF FILING

**To:** Nathalina A. Hudson  
Assisant U.S. Attorney  
U.S. Courthouse - 5h Floor  
219 South Dearborn Street  
Chicago, Illinois 60604

Zakary T. Freeze  
United States Probation Officer  
55 East Monroe Street - Suite 1500  
Chicago, Illinois 60603

**PLESE TAKE NOTICE** that on **8th**, day of **July,** 2008, I caused to be filed with the Circuit Court of Cook County, the following: **Defendant Rogelio Ramirez-Zamora's Sentencing Memorandum,** copies of which are attached hereto and hereby served upon you.

By: */s/: Anthony L. Schumann*
Anthony L. Schumann
Attorney for Defendant

Grant Schumann, LLC
Attorneys for Defendant
230 West Monroe Street, Suite 240
Chicago, Illinois 60606
T: (312) 551-0111
F: (312) 551-0112

## CERTIFICATE OF SERVICE

I, **Anthony L. Schumann,** an attorney, certify that I served this notice along with a copy of the foregoing **Appearance,** by hand-delivery a copy on the __8th__ day of __July__, **2008** to the above mentioned addresses.

By: */s/: Anthony L. Schumann*
Anthony L. Schumann
Attorney for Defendant